UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAYTON CHRISTIANSON,

          Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

          Defendant.

CASE NO. C18-638-BHS-BAT

**ORDER TO SHOW CAUSE**

Plaintiff is seeking review of the Commissioner's denial of his application for Social Security disability benefits. The court issued a scheduling order directing the Commissioner to file a responsive brief by September 4, 2018. Dkt. 11. To date, and without any explanation, the Commissioner has not filed a responsive brief. Accordingly, the court hereby **ORDERS** the Commissioner to show cause, no later than **September 10, 2018**, why the court should not grant plaintiff the relief he seeks. The Commissioner may adequately respond to this order to show cause by filing a responsive brief by that date. If the Commissioner files a responsive brief, plaintiff shall have 14 days from the date that brief is filed to submit an optional reply brief. Failure to timely respond to this order may result in a recommendation that plaintiff be granted the relief he seeks.

DATED this 6th day of September, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER TO SHOW CAUSE - 1