UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAYTON CHRISTIANSON,<br><br>                Plaintiff,<br>v.<br><br>NANCY BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                Defendant. | CASE NO. C18-638 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     the Commissioner's final decision is **REVERSED** and the case is **REMANDED** for further proceedings under sentence four of 42 U.S.C. § 405(g); and

(3)     the Clerk shall enter **JUDGMENT** and close this case.

Dated this 14th day of November, 2018.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

ORDER